UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees of the Ohio
Laborers' Benefits,

    Plaintiff,

V                                 Case No. 2:20cv2218

Freedom Construction Enterprises, Inc.,    Judge Michael H. Watson

    Defendant.

## DEFAULT JUDGMENT

Plaintiffs' unopposed motion for default judgment is granted:

Judgment is entered against Defendant Freedom Construction Enterprises, Inc. Plaintiffs are entitled to recover from Freedom Construction Enterprises, Inc. the sum of $42,645.63, plus post judgment interest at the rate of 1% per month.

Date: February 17, 2021                RICH NAGEL, CLERK

                                              By: _____
                                                         Courtroom Deputy